U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an at[torney must be a member in good] standing of this Court's general bar or be granted [leave to appear pro hac vice as provided for] by Local Rules 83.12 through 83.14.

07CV6634
JUDGE ASPEN
MAG. JUDGE VALDEZ

In the Matter of

Ernestine Brown, Plaintiff
v.
Will County Sheriff Paul J. Kaupas, Unknown Will County Adult Detention Facility Health Care Providers, and Unknown Will County Adult Detention Facility Correctional Officers, Will County Sheriff Dept.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Ernestine Brown

**FILED**

J.N NOV 2 6 2007    NOV 2 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Jennifer Ann Clark | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Jennifer Clark | |
| FIRM Law Office of John Bishof, P.C. | |
| STREET ADDRESS 77 West Washington St., Suite 1910 | |
| CITY/STATE/ZIP Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6289231 | TELEPHONE NUMBER 312-630-2048 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |