UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| | |
|---|---|
| In the Matter of<br>ERNESTINE BROWN,<br><br>         Plaintiff,<br>  v.<br><br>WILL COUNTY SHERIFF DEPARTMENT and WILL COUNTY SHERIFF PAUL J. KAUPAS, in his official capacity, Unknown WILL COUNTY ADULT DETENTION FACILITY HEALTH CARE PROVIDERS, and Unknown WILL COUNTY ADULT DETENTION FACILITY CORRECTIONAL OFFICERS,<br><br>         Defendants. | Case<br><br><br><br>No.  07 C 6634<br><br>Judge Aspen<br><br>Magistrate Judge Valdez |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**WILL COUNTY SHERIFF'S DEPARTMENT and WILL COUNTY SHERIFF PAUL J. KAUPAS, in his official capacity.**

| |
|---|
| **SIGNATURE**<br><br>s/Paul A. O'Grady |
| **FIRM**<br><br>Querrey & Harrow, Ltd. |
| **STREET ADDRESS**<br><br>175 West Jackson Boulevard, Suite 1600 |
| **CITY/STATE/ZIP**<br><br>Chicago, IL 60604 |

| | |
|---|---|
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6271373 | **TELEPHONE NUMBER**<br>312/540-7000 |

| |
|---|
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES          NO  X** |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES          NO  X** |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES          NO  X** |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES       NO  X** |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**<br><br>**RETAINED COUNSEL                              APPOINTED COUNSEL** |