50463-POG

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ERNESTINE BROWN,<br>      Plaintiff,<br>v.<br><br>WILL COUNTY SHERIFF DEPARTMENT and WILL COUNTY SHERIFF PAUL J. KAUPAS, in his official capacity, Unknown WILL COUNTY ADULT DETENTION FACILITY HEALTH CARE PROVIDERS, and Unknown WILL COUNTY ADULT DETENTION FACILITY CORRECTIONAL OFFICERS,<br>      Defendants. | No. 07 C 6634<br><br>Judge Marvin E. Aspen<br><br>Magistrate Judge Valdez |

## NOTICE OF MOTION

To:    John S. Bishof, Jr.
           Jennifer Ann Clark
           Patricia Nikolaros
           Law Office of John Bishof, P.C.
           77 W. Washington Street, Suite 1910
           Chicago, IL 60602

On **January 24, 2008 at 10:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Marvin Aspen or any Judge sitting in his stead, in Room 2568 or the courtroom usually occupied by him in the US District Courthouse, Northern District of Illinois, Eastern Division at Chicago, 219 South Dearborn Street, Chicago, Illinois, and shall then and there move the Court in accordance with the attached **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD.**

| | |
|---|---|
| Name | QUERREY & HARROW, LTD. |
| Attorney for defendants | WILL COUNTY SHERIFF'S DEPARTMENT and |
| | WILL COUNTY SHERIFF PAUL J. KAUPAS |
| Address | 175 W. JACKSON BLVD., Suite 1600 |
| City | Chicago, Illinois 60604 |
| Telephone | (312) 540-7000 |

## PROOF OF SERVICE

I, Daniel F. Gallagher, after being first duly sworn on oath, depose and state that I served this Notice of Filing together with the document(s) herein referred to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on January 18, 2008.

[x]    Under penalties as provided by law pursuant
        to ILL. REV. STAT CHAP. 110, SEC. 1-109,
        I certify that the statements set forth herein
        are true and correct.

                                                                                         s/Daniel F. Gallagher