50463-DFG

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ERNESTINE BROWN,<br>　　　　Plaintiff,<br>　　v.<br>WILL COUNTY SHERIFF DEPARTMENT and WILL COUNTY SHERIFF PAUL J. KAUPAS, in his official capacity, Unknown WILL COUNTY ADULT DETENTION FACILITY HEALTH CARE PROVIDERS, and Unknown WILL COUNTY ADULT DETENTION FACILITY CORRECTIONAL OFFICERS,<br>　　　　Defendants. | No. 07 C 6634<br><br>Judge Marvin E. Aspen<br><br>Magistrate Judge Valdez |

## NOTICE OF FILING

To:　John S. Bishof, Jr.
　　　Jennifer Ann Clark
　　　Patricia Nikolaros
　　　Law Office of John Bishof, P.C.
　　　77 W. Washington Street, Suite 1910
　　　Chicago, IL  60602

　　　PLEASE TAKE NOTICE THAT on February 25, 2008 we shall file electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, Defendant's Answer and Affirmative Defense to Plaintiff's Complaint.

| | |
|---|---|
| Attorney for defendant: | QUERREY & HARROW, LTD.<br>Will County Sheriff's Department and Will County Sheriff, Paul J. Kaupas |
| Address: | 175 W. JACKSON BLVD., Suite 1600 |
| City: | Chicago, Illinois 60604 |
| Telephone: | (312) 540-7000 |

## PROOF OF SERVICE

　　　I, Daniel F. Gallagher, depose and state that I served this Notice, together with the documents herein referred via e-filing to the above-named attorneys on February 25, 2008.

　　　　　　　　　　　　　　　　　s/Daniel F. Gallagher

Document #: 1307747