# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Ernestine Brown

                                Plaintiff,

v.                                          Case No.: 1:07–cv–06634
                                            Honorable Marvin E. Aspen

Will County Sheriff Department, et al.

                                Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2008:

     MINUTE entry before Judge Marvin E. Aspen :Status hearing held on 3/4/2008. Plaitniff's counsel appears. Counsel for defendants fails to appear. Status hearing continued to 3/11/2008 at 10:30 AM. Counsel for defenddants are directed to be present.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.