**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Ernestine Brown
                                      Plaintiff,

v.                                                Case No.: 1:07−cv−06634
                                                        Honorable Marvin E. Aspen

Will County Sheriff Department, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

      MINUTE entry before Judge Marvin E. Aspen :Status hearing held on 3/11/2008, and continued to 4/10/08 at 10:30 a.m. Parties are to file a joint written discovery plan in advance of the 4/10/08 status date, with a courtesy copy to chambers, Room 2578. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.