IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERNESTINE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6634 |
| | ) | |
| WILL COUNTY SHERIFF DEPARTMENT and | ) | |
| WILL COUNTY SHERIFF PAUL J. KAUPAS, | ) | Judge Aspen |
| in his official capacity, Unknown WILL | ) | |
| COUNTY ADULT DETENTION FACILITY | ) | |
| HEALTH CARE PROVIDERS, and Unknown | ) | |
| WILL COUNTY ADULT DETENTION | ) | |
| FACILITY CORRECTIONAL OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Dominick L. Lanzito
      Querrey & Harrow, Ltd.
      175 W. Jackson
      Suite 1600
      Chicago, Illinois 60604

   PLEASE TAKE NOTICE that on the 19th day of August 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Marvin E. Aspen or any judge sitting in his stead in the United States District Court for the Northern District of Illinois Eastern Division, Room 2568, Dirksen Federal Building, and then and there present the attached Joint Motion for Extension of Time to Complete Discovery.

By: /s/ John S. Bishof, Jr.

Law Office of John Bishof, P.C.
77 West Washington St. Suite 1910
Chicago, IL 60602
312-630-2048-Phone

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, hereby certifies that a copy of the foregoing Notice of Motion and Joint Motion for Extension of Time to Complete Discovery was served upon the following counsel via the Court's CM/ECF system on the 14th day of August 2008, before the hour of 4:30 p.m.:

<u>Attorney for Defendants</u>

Dominick Lanzito
dlanzito@querreyharrow.com

                          <u>/s/ Patricia Gerberich</u>