**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Ernestine Brown

                                Plaintiff,

v.                                                               Case No.: 1:07−cv−06634
                                                                            Honorable Marvin E. Aspen

Will County Sheriff Department, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 8/19/08:Joint Motion for extension of time to complete discovery [25] is granted. Motion terminated. Discovery is extended and ordered closed by 12/12/2008. The status hearing and for the filing of a joint pretrial order set for 9/4/08 is reset to 1/15/2009 at 10:30 AM. The motion hearing set for 8/19/08 at 2:15 p.m., is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.